UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

<u>MEMORANDUM</u>

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Torres et al. v. Washrite Plus et al.</u>
Civil No. PJM 15-2982

DATE: July 12, 2016

\* \* \*

The Court has reviewed the parties' Joint Motion for Settlement, ECF No. 10, relating to claims brought under the Fair Labor Standards Act, ("FLSA"), 29 U.S.C. §§ 201–219.

In reviewing a proposed FLSA settlement, the Court must independently assess the reasonableness of the proposed fee award for plaintiff's counsel, typically by using the traditional lodestar method.  The lodestar amount is defined as the reasonable hourly rate multiplied by hours reasonably expended.  *See Duprey v. Scotts Co. LLC*, 30 F. Supp. 3d 404, 412 (D. Md. 2014).

The parties' Joint Motion provides sufficient information for the Court to review the reasonableness of Plaintiff's counsel's hourly rate.  However, additional documentation is required if the Court is to determine whether Plaintiff's counsel's hours were reasonably expended.  As explained by Judge Chasanow in *Saman v. LBDP, Inc.*, Plaintiff should "provide all documentation necessary to make a lodestar determination, including but not limited to . . . declarations establishing the hours expended by counsel, broken down for each task." *Saman*, No. CIV.A. DKC 12-1083, 2013 WL 2949047, at *7 (D.  Md. June 13, 2013).  For example, billing statements or time sheets, broken down by task and one-hour (or smaller) increments, and accompanied by an affidavit from Plaintiff's counsel, is an effective way to document hours expended, particularly where more than one person worked on the case for Plaintiff.

Accordingly, within fourteen (14) days, Plaintiffs are **DIRECTED** to provide more information related to the reasonableness of Plaintiffs' attorney's fees and costs.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                    /s/  
                                    PETER J. MESSITTE  
                          UNITED STATES DISTRICT JUDGE

cc:      Court File