IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUDIS TORRES et al.,** | * |
| Plaintiffs | * |
| v. | *   Civil No.: **PJM 15-2982** |
| **WASHRITE PLUS, INC. et al.,** | * |
| Defendants | * |

## ORDER

Upon consideration of the parties' Joint Motion for Approval of FLSA Settlement, ECF No. 10, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 1st of August, 2016

**ORDERED**

1. The Joint Motion for Approval of Settlement, ECF No. 10, is **GRANTED**;

2. The Complaint, and all claims therein, ECF No. 1, is **DISMISSED WITH PREJUDICE** as to all Defendants;

3. The Clerk of the Court is shall to **CLOSE** the case.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**